**ORIGINAL**

**FILED**

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0154

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0154

AGNES ADVENTURES, LLC,

       Plaintiff and Appellee,

v.

JORDI ANZIK,

       Defendant and Appellant.

**FILED**

MAR 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Jordi Anzik has filed a notice of appeal from the February 9, 2023 Order on Appeal from Justice Court of the First Judicial District Court, Cause No. ADV-2022-1071, that the District Court has certified as final pursuant to M. R. Civ. P. 54(b).

Pursuant to M. R. App. P. 4(4)(b), we have reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

IT IS THEREFORE ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 14 day of March, 2023.

_____
Chief Justice

_____

_____
Justices

2